# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| HSRE–BRIDGEWOOD III, LLC, AND BRIDGEWOOD-RCM PROPERTY MANAGEMENT, L.L.C. D/B/A RETIREMENT CENTER MANAGEMENT § § § § § Plaintiffs, § § -against- § § § LIFEWELL SENIOR LIVING, LLC D/B/A § LIFEWELL SENIOR LIVING, ET AL § § Defendants. § | Civil Action No. 4:17-cv-00562 **PLAINTIFFS' NOTICE OF DISMISSAL** |

COMES NOW, HSRE–BRIDGEWOOD III, LLC, AND BRIDGEWOOD-RCM PROPERTY MANAGEMENT, L.L.C. D/B/A RETIREMENT CENTER MANAGEMENT, Plaintiffs, and files this Notice of Dismissal as follows:

1. The Complaint was filed on February 21, 2017.

2. The Defendants were not served with process. None of the Defendants served either an answer or motion for summary judgment.

3. Plaintiffs files this Notice of Dismissal with the intention of dismissing the case under FRCP 41(a)(1)(A)(i) without prejudice as to re-filing.

Dated: March 23, 2017

Houston, Texas

Respectfully submitted,

HOOVER SLOVACEK LLP

_____
Paul C. Van Slyke
5051 Westheimer, Suite 1200
Houston, Texas 77056
Tel: 713-735-4129
E-mail: paul@hooverslovacek.com

**ATTORNEYS FOR PLAINTIFFS HSRE – BRIDGEWOOD III, LLC AND BRIDGEWOOD-RCM PROPERTY MANAGEMENT, L.L.C. D/B/A RETIREMENT CENTER MANAGEMENT**

## CERTIFICATE OF SERVICE

None of the Defendants have yet been served with process, but William D. Raman known to be the attorney for Defendant Lifewell Senior Living LLC was served via First Class Mail at the following address:

William D. Raman
Fleckman & McGlynn, PLLC
515 Congress Avenue, Suite 1800
Austin, Texas 78701

By: _____
Paul C. Van Slyke