United States District Court
Southern District of Texas
**ENTERED**
March 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HSRE-Bridgewood III, LLC., et al, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-17-562 |
| | § | |
| Lifewell Senior Living, LLC | § | |
| d/b/a Lifewell Senior Living, et al, | § | |
| Defendants. | § | |

ORDER

Pursuant to Plaintiff's Notice of Dismissal with Prejudice filed on March 23, 2017 the above-styled action shall be and is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk shall send a true copy to all counsel of record.

Signed this __24__ day of March, 2017.

DAVID HITTNER
United States District Judge